UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIFFANY JONES, </br></br> Plaintiff </br></br> vs. </br></br> KILOLO KIJAKAZI, *ACTING COMMISSIONER OF SOCIAL SECURITY*, </br></br> Defendant. | **JUDGMENT IN A CIVIL CASE** </br> **CASE NO. 5:22-CV-340-BO -BM** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 17] is GRANTED and defendant's motion to remand [DE 21] is DENIED. The decision of the Commissioner is hereby REVERSED and the matter is remanded for an award of benefits.

<u>This Judgment filed and entered on November 8, 2023, and copies to</u>:
Charlotte Williams Hall                    (via CM/ECF electronic notification)
Samantha Zeiler                              (via CM/ECF electronic notification)
Thomas Paul Zimarowski                (via CM/ECF electronic notification)

November 8, 2023                              PETER A. MOORE, JR.
                                                            Clerk of Court


                                                            By: /s/ Nicole Sellers
                                                                  Deputy Clerk